```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LIVE FACE ON WEB, LLC,          :
                                :
             Plaintiff,         :    No. 15-CV-01306
     vs.                        :
                                :
                                :
THE CONTROL GROUP MEDIA         :
COMPANY, INC., et al.           :
                                :
             Defendants.        :
```

**ORDER**

AND NOW, this 10th day of December, 2015, upon consideration of Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 19), it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART and that portion of Count II alleging contributory copyright infringement and Count III are DISMISSED. In all other respects, the Motion is DENIED for the reasons delineated in the preceding Memorandum Opinion.

                                        BY THE COURT:


                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER,      J.