```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
LIVE FACE ON THE WEB, LLC         :
        Plaintiff,                 :    CIVIL ACTION
              v.                   :    NO. 2:15-cv-01306-JCJ
THE CONTROL GROUP MEDIA            :
COMPANY, INC. a/k/a THE            :
CONTROL GROUP, INSTANT             :
CHECKMATE, INC., and INSTANT       :
CHECKMATE, LLC,                    :
        Defendants.
```

## ORDER

AND NOW, this     23rd     day of June, 2016, upon consideration of Defendants THE CONTROL GROUP MEDIA COMPANY, INC. and INSTANT CHECKMATE, INC.'s Motion for Leave to File an Amended Answer and Add Counterclaims (Doc. No. 38), Plaintiff LIVE FACE ON THE WEB, LLC's opposition thereto (Doc. No. 39), and Defendants' Reply Brief in Support of their Motion (Doc. No. 40), it is hereby ORDERED that the Motion is GRANTED in part and that Defendants' Amended Answer and proposed counterclaims I-VI, IX, and XI are included in this action. Defendants' proposed counterclaims VII, VIII, and X are excluded from their amendment.

BY THE COURT:

s/ J. Curtis Joyner

J. Curtis Joyner, J.