## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| LIVE FACE ON WEB, LLC, | : | Civil Action |
| | : | |
| Plaintiff, | : | No. 2:15-cv-01306-JCJ |
| | : | |
| v. | : | |
| | : | |
| THE CONTROL GROUP MEDIA | : | |
| COMPANY, INC. a/k/a THE CONTROL | : | |
| GROUP, INSTANT CHECKMATE, INC., | : | |
| and INSTANT CHECK MATE, LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate and agree that this action, and all claims and counterclaims asserted herein, are hereby dismissed with prejudice pursuant to F.R.C.P. 41(a)(1).  Each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each, respectively, in connection with the claims and counterclaims dismissed herein.

This stipulation is made this 16th day of August, 2016.

Respectfully Submitted,

By: s/ Vladislav Tinovsky
Vladislav Tinovsky, Esquire
TINOVSKY LAW FIRM
5 Neshaminy Interplex
Suite 205
Trevose, PA 19053
*Counsel for Plaintiff*

By: s/ Gregory T. Sturges
Brian T. Feeney, Esquire
Gregory T. Sturges, Esquire
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
*Counsel for Defendants*